Isabel LOPEZ–RAMIREZ; Dubia
Maribel Martinez Lopez,
Petitioners,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 10–72845.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2012.*

Filed Dec. 28, 2012.

Charles E. Nichol, Law Offices of
Charles E. Nichol, San Francisco, CA, for
Petitioner.

Matthew B. George, OIL, DOJ–U.S. De-
partment of Justice, Katherine Ann Smith,
Trial DOJ–U.S. Department of Justice,
Civil Division/Office of Immigration Litiga-
tion, Washington, DC, Chief Counsel Ice,
Office of the Chief Counsel Department of
Homeland Security San Francisco, CA, for
Respondent.

Before: GOODWIN, WALLACE, and
FISHER, Circuit Judges.

MEMORANDUM **

Isabel Lopez–Ramirez and Dubia Mari-
bel Martinez Lopez, natives and citizens of
Guatemala, petition for review of a Board
of Immigration Appeals' order dismissing
their appeal from an immigration judge's
decision denying their application for asy-
lum. We have jurisdiction under 8 U.S.C.
§ 1252. We review for substantial evi-
dence, *Gu v. Gonzales*, 454 F.3d 1014, 1018
(9th Cir.2006), and we deny the petition for
review.

Contrary to Lopez–Ramirez's conten-
tion, substantial evidence supports the
agency's finding that the incident in which
she was hit on the head with a gun did not
rise to the level of persecution. *See id.* at
1020. Substantial evidence also supports
the agency's determination that Lopez–Ra-
mirez failed to establish a nexus between
her past experiences, or her fear of future
harm, and a protected ground. *See San-
gha v. INS*, 103 F.3d 1482, 1489–91 (9th
Cir.1997) (no evidence petitioner was per-
secuted on account of an actual or imputed
political opinion). Lopez–Ramirez's fear of
future persecution is also undermined by
her return trip to Guatemala. *See Hak-
eem v. INS*, 273 F.3d 812, 816 (9th Cir.
2001) (claim of persecution upon return is
undermined when petitioner has returned
to native country without incident). Ac-
cordingly, Lopez–Ramirez's asylum claim
fails.

PETITION FOR REVIEW DENIED.

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36–3.